# In the United States Court of Federal Claims

90-183r, 90-195r, 90-207r, 90-226r, 90-232r, 90-251r, 90-274r, 90-281r, 90-313r, 90-319r, 90-332r, 90-342r, 90365r, 90-366r, 90-396r, 90-397r, 90-404r, 90-405r, 90-406r, 90-488r, 90-457r, 90-458r, 90-510r, 90-525r, 90-526r, 90-533r, 90-632r, 90-633r, 90-634r, 90-635r, 90-636r, 90-638r, 90-742r, 90-3859r, 90-4003r, 91-55r, 91-79r, 91-174r, 91-1029r, 91-1197r, 91-1314r, 91-1425r, 91-1551r, 92-8r, 92-163r, 92-259r, 92-361r, 92-468r, 92-546r, 92-623r, 92-690r, 92-751r, 92-815r, 92-856r, 93-51r, 93-112r, 93-157r, 93-183r, 93-213r, 93-265r, 93-316r, 93-347r, 93-377r, 93-417r, 93-442r, 93-472r, 93-508r, 93-550r, 93-574r, 93-592r, 93-620r, 93-639r, 93-657r, 93-692r, 93-718r, 93-743r, 93-770r, 93-799r, 94-13r, 94-24r, 94-33r, 94-55r, 94-70r, 94-85r, 94-104r, 94-120r, 94-132r, 94-172r, 94-183r, 94-195r, 94-212r, 94-226r, 94-231r, 94-234r, 94-239r, 94-242r, 94-245r, 94-253r, 94-266r, 94-268r, 94-299r, 94-318r, 94-333r, 94-354r, 94-365r, 94-381r, 94-406r, 94-439r, 94-469r, 94-506r, 94-534r, 94-556r, 94-577r, 94-608r, 94-624r, 94-642r, 94-655r, 94-753r, 94-765r, 94-791r, 94-984r, 94-997r, 94-1027r, 94-1061r, 94-1085r, 95-16r, 95-50r, 95-84r, 95-123r, 95-152r, 95-240r, 95-242r, 95-265r, 95-286r, 95-318r, 95-339r, 95-369r, 95-395r, 95-419r, 95-447r, 95-467r, 95-500r, 95-561r, 95-591r, 95-625r, 95-95-659r, 95-681r, 95-715r, 95-746r, 95-764r, 95-814r, 95-837r, 96-6r, 96-19r, 96-77r, 96-114r, 96-146r, 96-191r, 96-263r, 96-313r, 96-373r, 96-451r, 96-548r, 96-610r, 96-641r, 96-728r, 96-810r, 97-16r, 97-48r, 97-81r, 97-85r, 97-86r, 97-146r, 97-147r, 97-185r, 97-291r, 97-307r, 97-348r, 97-455r, 97-456r, 97-644r, 98-404r

**Filed: 9/15/2006**

**STEPHEN ADAMS et al.,**

v.

**THE UNITED STATES**

### NOTICE OF DESIGNATION

      Pursuant to General Order No. 42A, these cases have been designated as electronic cases in the court's case management/electronic case filing (CM/ECF) system. In order to file documents and receive service in CM/ECF, attorneys of record must have a CM/ECF account. A CM/ECF account login and password will be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Information about CM/ECF, including the certification process and test, is available at the court's public website (www.uscfc.uscourts.gov).

      The following guidelines apply to all electronic cases in the CM/ECF system:

      All documents in this case are to be filed electronically, except with leave of Court upon good cause shown. All electronically filed documents are to be in Portable Document Format

(.pdf). While electronic filing via Internet is preferred, the Clerk's office will make available a public terminal from which documents may be filed electronically during normal business hours only (8:45 a.m. to 5:15p.m.).

Service is complete upon electronic submission of an order or document and will be effected by electronic notice only to those counsel with a CM/ECF account. Counsel must immediately obtain a CM/ECF account if they do not have one already in order to receive service of electronically documents. The Clerk's office will effect service of electronically filed documents in paper form for thirty (30) days from the date that the case is opened if counsel has not obtained an account yet. All orders and documents not served electronically after that date will be the responsibility of counsel to obtain through use of a PACER account. Counsel are responsible for monitoring their e-mail accounts and, upon receipt of notice of an electronic filing, for retrieving the order or document electronically. Do not attach certificates of service for documents filed electronically unless the document is served by hand as well.

Counsel are on notice that **no allowance can be made for late filing of documents whose time limits are jurisdictional.**

s/ Brian Bishop
Brian Bishop, Clerk of Court